# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BLAKE HARRIS, | No. C 11-1557 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 16, 2011

_____
SUSAN ILLSTON
United States District Judge